# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY C. MOSELY, SR.

NO. 2021 KW 1187

**NOVEMBER 29, 2021**

---

In Re:   Tony C. Mosely, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 426,701.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                     **JMG**
                     **GH**
                     **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT